UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ivane Kopaleishvili, individually and on behalf of all others similarly situated;<br><br>        Plaintiff,<br><br>  -v.-<br><br>McCarthy, Burgess & Wolff, Inc.,<br><br>        Defendant(s). | Case No: 1:22-cv-02176-KAM-RLM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT MCCARTHY, BURGESS & WOLFF, INC., AND [PROPOSED] ORDER** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties and their respective counsel, that the action against Defendant McCarthy, Burgess & Wolff, Inc., shall be and is hereby, dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Dated: June 10, 2022

               **HOROWITZ LAW, PLLC**

               /s/ *Uri Horowitz*
               By: Uri Horowitz, Esq.
               14441 70th Road
               Flushing, NY 11367
               Phone: (718) 705-8706
               uri@horowitzlawpllc.com

               *Attorneys For Plaintiff Ivane Kopaleishvili*

Dated: June 10, 2022

                           **GORDON & REES LLP**

                           /s/ *Matthew B. Johnson (with consent)*
                           By: Matthew B. Johnson, Esq.
                           One Battery Park Plaza 28th Floor
                           New York, NY 10004
                           Phone: 212-402-2298
                           mbjohnson@grsm.com
                           *Attorneys For Defendant McCarthy, Burgess & Wolff, Inc.,*

SO ORDERED:

*/s/ Kiyo A. Matsumoto, USDJ*
Judge, U.S. District Court
Eastern District of New York
      6.10.2022

2